COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-054-CV

IN RE TOUCHSTONE RELATORS

COMMUNICATIONS - II, LLC, 

TOUCHSTONE PAKISTAN 

(PRIVATE) LIMITED, TOM 

SLONE AND MIKE MEYER 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  CAYCE, C.J.; MCCOY and MEIER, JJ. 

DELIVERED:  April 23, 2009  

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.